IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| CHARLES RUEDEMANN | § | |
| | § | |
| VS. | § | CIVIL NO. G-02-074 |
| | § | |
| ENERGY OPERATORS, INC., | § | |
| *et al.* | § | |

United States Courts
Southern District of Texas
ENTERED

JAN 3 1 2003

Michael N. Milby, Clerk

## ORDER

This case hereby is administratively closed, pending settlement, without prejudice to any party to re-open the case within thirty (30) days from this date, for exceptional cause shown.

IT IS SO ORDERED this __30th__ day of January, 2003.

SAMUEL B. KENT
UNITED STATES DISTRICT JUDGE